Matter of Antwine v Evans (2023 NY Slip Op 04118)

Matter of Antwine v Evans

2023 NY Slip Op 04118

Decided on August 2, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 2, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
HELEN VOUTSINAS
JANICE A. TAYLOR, JJ.

2023-04631

[*1]In the Matter of Sherri Antwine, etc., petitioner,
v
Lance Evans, etc., et al., respondents.

Biolsi Law Group, P.C., New York, NY (Steven Alexander Biolsi of counsel), for petitioner.
Letitia James, Attorney General, New York, NY (Elizabeth A. Figueira of counsel), for respondent Lance Evans.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Lance Evans, a Justice of the Supreme Court, Queens County, to sign an order to show cause in an action entitled Wilmington Trust, National Association v Rice , pending in that court under Index No. 709829/14.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
IANNACCI, J.P., MALTESE, VOUTSINAS and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court